UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL ALAN NUYEN and
LAURA ELIZABETH MARIO,

Defendants.
_____________________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

On or about February 4 and 5, 2019, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**MICHAEL ALAN NUYEN and**
**LAURA ELIZABETH MARIO**

did knowingly and intentionally combine, conspire, confederate and agree with each other to distribute and possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)

**COUNT 2**

(Possession with Intent to Distribute Methamphetamine)

On or about February 4, 2019, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**MICHAEL ALAN NUYEN**

did knowingly and intentionally possess with intent to distribute fifty grams or more of methamphetamine, a Schedule II controlled substance. The methamphetamine was seized from his 2004 Dodge Ram pickup truck.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

**<u>COUNT 3</u>**
(Possession with Intent to Distribute Methamphetamine)

On or about February 4, 2019, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**MICHAEL ALAN NUYEN**

did knowingly and intentionally possess with intent to distribute five grams or more of methamphetamine, a Schedule II controlled substance. The methamphetamine was seized from his residence, 1022 Arthur Avenue in Kalamazoo.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)

**COUNT 4**

(Possession with Intent to Distribute Methamphetamine)

On or about February 5, 2019, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**LAURA ELIZABETH MARIO**

did knowingly and intentionally possess with intent to distribute five grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)

**COUNT 5**
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about February 4, 2019, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**MICHAEL ALAN NUYEN**

knowingly possessed a loaded Ruger model LCP .380 caliber pistol in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as charged in Count 3 of this Indictment.

18 U.S.C. § 924(c)(1)(A)(i)
21 U.S.C. § 841(a)(1)

**<u>COUNT 6</u>**

(Felon in Possession of Firearms and Ammunition)

On or about February 4, 2019, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**MICHAEL ALAN NUYEN**

being a person who had been convicted of an offense punishable by imprisonment for a term exceeding one year under the laws of the State of Michigan, knowingly possessed the following firearms and ammunition, in and affecting commerce:

a. a loaded Ruger model LCP .380 caliber pistol;
b. a loaded Ruger model SR1911 9 millimeter pistol;
c. a box of 9 millimeter ammunition; and
d. a box of .30-30 ammunition.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)

## FORFEITURE ALLEGATION

(Conspiracy to Distribute Controlled Substances; Possession with Intent to Distribute Controlled Substances)

The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841 or 846, the defendant,

**MICHAEL ALAN NUYEN**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

1. CURRENCY: Approximately $3,600 seized from 1022 Arthur Avenue, Kalamazoo, Michigan on February 5, 2019.

21 U.S.C. § 853(a)(1) and (2)
21 U.S.C. § 841(a)(1)

**FORFEITURE ALLEGATION**
(Possession of Firearms in Furtherance of Drug Trafficking;
Felon in Possession of Firearms and Ammunition)

The allegations contained in Counts 5 and 6 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of either the offense in violation of 18 U.S.C. § 924(c) set forth in Count 5 and/or the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count 6 of this Indictment, the defendant,

**MICHAEL ALAN NUYEN**,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to:

a. a loaded Ruger model LCP .380 caliber pistol (serial number obliterated);
b. a box of 9 millimeter ammunition; and
c. a box of .30-30 ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

A TRUE BILL

GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

ALEXIS M. SANFORD
Assistant United States Attorney